**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA, in rehabilitation under the supervision of MICHAEL HUMPHREYS, Acting Insurance Commissioner of the Commonwealth of Pennsylvania,<br><br>Plaintiff,<br><br>v.<br><br>XL SPECIALTY INSURANCE COMPANY; U.S. SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | **Case No. 1:22-cv-01866-RLY-MG** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Senior Health Insurance Company of Pennsylvania, in rehabilitation under the supervision of Michael Humphreys, Acting Insurance Commissioner of the Commonwealth of Pennsylvania ("SHIP"), Defendant XL Specialty Insurance Company ("XL Specialty"), and Defendant U.S. Specialty Insurance Company ("U.S. Specialty") (collectively, the "Parties" and each a "Party"), by and through their respective undersigned counsel, and subject to approval of this Court, hereby stipulate to the dismissal without prejudice of this action, with each party to bear its own fees, costs, and expenses. The Parties will amend this Joint Stipulation in order to convert the dismissal of this action into a dismissal with prejudice as soon as they are in a position to do so, but are not yet in a position to do so for the reasons previously discussed with the Court.

Dated: September 25, 2025

Respectfully submitted,

/s/ Michael A. Kozik
Joseph L. Pellis II (*pro hac vice*)
Michael A. Kozik (*pro hac vice*)
PELLIS LAW GROUP, LLP
901 Warrenville Road, Suite 205
Lisle, IL 60532
jpellis@pellislaw.com
mkozik@pellislaw.com

Gregory M. Gotwald
Christopher Edward Kozak
PLEWS SHADLEY RACHER & BRAUN LLP
1346 North Delaware Street
Indianapolis, IN 46202
ggotwald@psrb.com
ckozak@psrb.com

*Attorneys for Plaintiff, the Senior Health Insurance Company of Pennsylvania, in rehabilitation under the supervision of Michael Humphreys, Acting Insurance Commissioner for the Commonwealth of Pennsylvania*

/s/ Joseph A. Bailey III
Joseph A. Bailey III (*pro hac vice*)
Justin S. Levy (*pro hac vice*)
WERNER AHARI MANGEL LLP
2112 Pennsylvania Ave. NW
Suite 200
Washington, DC, 20037
jbailey@wam.law
jlevy@wam.law

/s/ Jeffrey B. Fecht
Jeffrey B. Fecht
RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204
jfecht@rbelaw.com

*Counsel for XL Specialty Ins. Co.*

/s/ Joshua DiLena
Scott A. Schechter (*pro hac vice*)
Joshua DiLena (*pro hac vice*)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
sschechter@kbrlaw.com

Jeffrey B. Fecht
(See above for address)
*Counsel for U.S. Specialty Ins. Co.*

SO ORDERED this __________ day of ________________________, 2025.

______________________________
The Honorable Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by the court's electronic filing system:

Jeffrey B. Fecht
RILEY BENNETT EGLOFF LLP
500 N. Meridian Street, Suite 550
Indianapolis, IN 46204
jfecht@rbelaw.com

Joseph A. Bailey III (*pro hac vice*)
Justin S. Levy (*pro hac vice*)
WERNER AHARI MANGEL LLP
800 Connecticut Ave. NW, Suite 300
Washington, DC, 20006
(202) 599-1069
jbailey@wam.law
(202) 599-1131
jlevy@wam.law

*Counsel for XL Specialty Insurance Company*

Jeffrey B. Fecht
(See above for address)

Scott A. Schechter (*pro hac vice*)
Joshua DiLena (*pro hac vice*)
KAUFMAN BORGEEST & RYAN LLP
200 Summit Lake Drive
Valhalla, NY 10595
sschechter@kbrlaw.com

*Counsel for U.S. Specialty Insurance Company*

/s/ Michael A. Kozik